FILED

2022 Mar-04  AM 09:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se General Complaint for a Civil Case (Rev. 10/16)

# United States District Court
## for the
### NORTHERN DISTRICT OF ALABAMA

_Jim Henry Ball, Jr.,_

_Plaintiff_
(Write your full name.  No more than one plaintiff may be named in a pro se
complaint)

v.

_Greyman Real Estate, LLC;
Angela Lagasse, et al.,
Sued In Their Individual
Capacities,_

Case No.: _2:22-CV-283 AMM_
(to be filled in by the Clerk's Office)

JURY TRIAL ☑ Yes ☐ No

_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all
defendants cannot fit in the space above or on page 2, please write "see
attached" in the space and attach an additional page with the full list of
names)

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

A.    **The Plaintiff**
Name _Jim Henry Ball, Jr.,_
Street Address _6704 Dr. M. L. King Jr. Drive,_
City and County _Fairfield, Al., Jefferson_
State and Zip Code _County. 35064._
Telephone Number _N/A_

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint,
whether the defendant is an individual, a government agency, an organization or a
corporation.  If you are suing an individual in his/her official capacity, include the
person's job or title.  Attach additional pages if needed.

Pro Se General Complaint for a Civil Case (Rev. 10/16)

Defendant No. 1
Name *Charles R. Winston, Jr.*
Job or Title *Assistant Tax Assessor*
Street Address *209 Bessemer Courthouse, 1801*
City and County *3th Ave. No. Bessemer, Jefferson*
State and Zip Code *County Al. 35020.*

Defendant No. 2
Name *Barbara J. Henderson*
Job or Title *Chief Deputy Tax Assessor*
Street Address *209 Bess. Courthouse, 1801*
City and County *3th Ave. No. Bess., Jefferson*
State and Zip Code *County, Al. 35020.*

Defendant No. 3
Name *Gaynell Hendricks, Room 170*
Job or Title *Tax Assessor, Room 170 Courthouse*
Street Address *716 Richard Arrington, Jr., Blvd.*
City and County *N. B'ham Al. 35203.*
State and Zip Code _____

Defendant No. 4
Name *James P. Naftel*
Job or Title *Probate Judge, Jefferson County*
Street Address *716 Richard Arrington, Jr., Blvd.*
City and County *No. B'ham Al. 35203.*
State and Zip Code _____

Page 2 of 7

Pro Se General Complaint for a Civil Case (Rev. 10/16)

Defendant No. 5
   Name               *Linda*
   Job or Title       *Disabled*
   Street Address     *6724 Dr. M.L. King, Jr. Drive*
   City and County    *Fairfield, Jefferson County*
   State and Zip Code *Al. 35064.*

                      *CON't. on pg 3(A.)*

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Constitutional or Federal Question   ☐ USA Defendant   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction is USA defendant

The Defendant(s)

Name of Agency _____ *N/A* _____

Address _____

### B.   If the Basis for Jurisdiction is a Constitutional or Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*1. 28 U.S.C. § 1331, Constit-*
*utional Question; U.S. Justice*
*Dept. Have Jurisdiction to Investigate*
*Domestic Terrorism, Pursuant to*
*Federal Statute Question, 18*
*U.S.C. §2331 And 18 U.S.C. § 2331.*

Defendants: Con't. from p. 3.

6. W. Fowler, Job is Clerk at Cooper Green Mercy Health Services, City and County; B'Ham, Jefferson County, 1515 6th Ave. S. B'Ham, Al. 35233;

7. Jane Doe, Job is: Nurse at Cooper Green Mercy Health Services, B'Ham Al. 35233, Jefferson County, ~~xxxxxxxxxxxxxxxxxxx~~ ~~xxxxxxxxxxxxxx~~ Resident: 6736 Dr. M. L. King Jr. drive Fairfield Al. 35064.

8. Madden, Job title is Tax Assessor's office, 209 Bess. Court-House, 1801 3th Ave. N. Bess, Jefferson County, Al. 35020.

9. Nichole Carr, Job Title is Tax Assessor supv.; 209 Bess. Court-House, 1801 3th Ave. N. Bess. Jefferson County, Al. 35020.

10. Vicdett Glass is disable; Street Address: 6700 Dr. M. L. King, Jr. drive, Fairfield, Al. 35064.

3-(A.)

11. William Leonard Roberts II, Rapper, Rick Ross; Attorney Address is: Roger P. Epley, Auto Stars II, 601 Seaboard St. B, Myrtle Beach, SC, 29577;

12. Shon Carter, Rapper Jay-Z; Attorney Address is: 51 Madison Avenue, 22th floor, New York, NY, 10010; Name: Alex Spiro.

13. Morgan Rhodes; Job Title is: ADRC Coordinator, United Way Area Agency on Aging, P.O. Box 320189, B'Ham Al. 35232-0189; Central office, 3600 8th Ave. So. B'Ham Al. 35222.

14. Ashley Lemisty; Job Title is: AAA Assistant Director, United Way Area Agency on Aging, P.O. Box 320189, B'Ham, Al. 35232; Central office, 8th Ave. So. B'Ham, Al. 35222;

15. Robby Thompson; Job Title is: Staff Attorney, Legal Services of ALABAMA; Address is: 1820 7th Ave. No. B'Ham, Al. 35203.

3. (B.)

16. Greymon Real Estate, LLC, Address is: 5002 Dodge Street, Suite 203, Omaha, NE 68132.

17. Angela Lagasse: Job Title is: Real Estate Manager, Greymon Real Estate, Address is: 5002 Dodge Street, Suite 203, Omaha, NE 68132.

18. Chrystal: Job Title is Clerk: Tax Assessor office, 209 Bess. Courthouse, 1801 3th Ave. N. Bess., Jeferson County, Al. 35020.

19. Carl: is disable, Address is 6705 Myron Massey Blvd., Fairfield Al., 35064;

3. E.

**C.    If the Basis for Jurisdiction is Diversity of Citizenship**

1.  The Plaintiff

The plaintiff, *(name)*_____*N/A*_____, is a citizen of the
State of *(name)*_____.

2.  The Defendant(s)

a.  If the defendant is an individual

The defendant, *(name)*_____*N/A*_____, is a citizen of the
State of *(name)*_____. Or is a citizen of
*(foreign nation)* _____.

b.  If the defendant is a corporation

The defendant, *(name)*_____*N/A*__, is incorporated under
the laws of the State of *(name)*_____, and has its
principal place of business in the State of *(name)*_____.

Or is incorporated under the laws of *(foreign nation)*
_____*N/A*_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy – the amount the plaintiff claims the defendant
owes or the amount that is at state – is more than $75,000, not counting
interest and costs of court, because: *(explain)*

*The Amount In Question Is More
than $75,000.00 As A result Of
Punitive And Compensatory Damages.*

**III.    Statement of Claim**     *Con't. on p. 5 (A*)*

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See: Attached p. 5. (A.)
Thru 5. (J.)

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.



See: Page 17 - 19

Cont. From, III.: Statement of
Claim.

A. Introduction Statement.

(1) That, this is an action for damages
pursuant to 42 U.S.C. §§ 1983;

(2.) That, the Defendants are sued in
their individual capacities;

(3.) That Plaintiff preserve the right
for U.S. Justice Department In-
vestigation for domestic terrorism;

(4.) That, Plaintiff alleges that he is a
terrorized, elderly (over 62 years old)
neglected, abused and financially exploit-
ed senior citizen suffering from
major depression, high blood pressure
pressure, inter alia, arising from what
appears to be the Defendants wilful
and intentional acts in complicity
to deny him procedural and funda-
mental substantive due process to
be timely heard, and to heard in viola-
tion of the First, Sixth and Fourteenth
Amendments to the U.S. Constitution;

5. (A.)

5. That Plaintiff alleges that on or around Feb. 2021, he requested indigent legal services from Defendant R. Thompson referencing Defendants discriminatory denial of the basic necessities of life, health, safety and housing by Alabama power, Alabama B'ham water barred and Jefferson County Tax Assessors office fraudulently selling his home and shutting off his water and electricity in winter of 2021 and 2022, coupled with, in the middle of the Covid 19 pandemic, to no avail, said Defendant responded, indicating that, he and his office cannot assist, very ineffectively;

6. That Plaintiff alleges that on or around Nov. 2021, said Alabama legal services referred Plaintiffs Feb. 2021, request to the United Way of Alabama for assistance, to no avail, Defendants M. Rhodes and A. Lepisky appeared to willfully and intentionally disregard, Alabama legal services referral by referring Plaintiff back to Alabama legal services around 12-14-2021.

5.(B)

~~[scribbled out text]~~

7. That, Plaintiff Alleges that on or Around Jan. 2022, he verbally requested to Defendants Chrystal And Cam at the Bessemer Courthouse to Accept his disability-based homestead exemption claim, because, he's the home owner of property 6704 Dr. M. L. King, Jr., drive Fairfield Al. 35064, presented his SSI Award letter As well, to No Avail, disregarded, Although he's totally, permanently disabled since Approx. April ~~[scribbled out]~~ /2010 ;

8. That, Plaintiff Alleges that on or Around 7-21-2020, And 7-26-2020, At the ~~Bess~~ Bess. Courthouse he presented his SSI Award, letter And verbally requested to Defendant Hendricks And requested to Defendants, Henderson And Winston by certified letter, to No Avail, said Defendants, Appeared to Act, in complicity to willfully And intentionally disregard said

5. (C)

requests to accept his disability-based homestead exemption claim, regarding land and property at 6104 Dr. M.L. King, Jr., drive Fairfield Al. 35064;

9. That, Plaintiff alleges that on or around March 2021, he tried a civil Jury Trial in the U.S. District Court, Northern District of Alabama, in which, W. Fowler was a prior Defendant who moved one door down from Plaintiff's home to appear to retaliatory, terrorize Plaintiff with fear while said civil suit was in progress, because, since, Defendant Fowler arrived, there's been a couple of car bombings in front of the house she live in, coupled with the young healthy Male directly next door to Defendant Fowler was found dead in his home, and one day after his death, his house was fire bombed and burned to the ground,

10. That, Plaintiff, alleges that on or around 2-22-2022, At the Bessemer Court house he contered with Defendant Henderson

5. (D.)

to accept, his disability-based homestead exemption claim pursuant to the Tax Assessor's office written notice, to no avail, said defendant disregarded Plaintiffs request to accept said homestead exemption regarding property located at 6704 Dr. M.L. King, Jr., drive Fairfield Al. 35064;

11. That, Defendant Henderson stated, quote, "You filed a law suit against me. what did the Court say? Then said Defendant walked away from the counter, and did not return, as she appeared to be motivated by a desire to punish the filing of Plaintiffs law suit that directly indicated her, retaliatorily;

12. That, Plaintiff alleges, that he preserve the right to seek a temporary restraining order regarding what appears to be, unlawful retaliation in this regard, willfully and intentionally;

13. That, Plaintiff alleges that on or around ~~the~~ Nov. 2021, or Dec. 2021, Plaintiff requested on, ~~the 9th and 10th~~

5. (E.)

two occasions from, Defendants Rhodes and Lemsky At the United Way, Area Agency on Aging office, requesting professional legal Assistance for the indigent, elderly regarding disability based homestead exemptions; housing options, Neglect, Abuse; finacial exploitation; Access to health care; eviction, issues that impede seniors Ability to remain, in their homes; protections related to elder Abuse including fraud And financial exploitation, issues that safeguard the rights, of seniors, to No Avail, disregarded.

14. That Plaintiff Alleges that (UWAAA) 1-800-AGE-LINE (1-800-243-5463) live Assistance Telephone number Appear to be A fraud, because, legal civil Assistance is unAvailable, so is live Assistance by Telephone At said number.

15. That Plaintiff Alleges that on or Around 8-30-2021, Defendant Na Hee, Appears to fraudulently Act in complicity Defendants Madden, Henderson, Winston, Chrystal

5.(F.)

Carr, Greymorn, LLC, (Carter) and La-
gasse to willfully and intentionally
disregard Plaintiff's request to rec-
tify the assessment of his property
located at 6704 Dr. M. L. King, Jr.
drive, Fairfield Al. 35064; coupled
with the 8-30-2021, issuance of A
Tax deed is prematurly issued with-
out timely Notice to Plaintiff, con-
trary to title 40-10-29, Ala. Code
1975 ;

16. That, Plaintiff Alleges that Defendant
Linda informed him during her in-
troduction to Plaintiff of the re-
sidents on our block upon Plaintiff's
initial Arrival at 6704 Dr. M. L. King,
Jr., drive, Fairfield Al. 35064,

17. That, Defendant Linda indicated
that she own the house, 6736 Dr.
M. L. King, Jr., drive Fairfield, Al.,
she Allows her Niece to live there
for free; she indicated that she Also
own 6724, 6732, 6716, 6720, 6708
And that Defendant William L. Roberts,
II. (Rapper Rick Ross) is her cousin,

5. (G.)

And that their family own, the remainder of houses on the block with the exception, of 6700 and 6704, my property, and V. Class 600;

18. That, that Plaintiff alleges that Defendant W. Fowler is her cousin also who appears to be retaliating against Plaintiff for filing civil suit against her previously;

19. That, Plaintiff alleges that he met another gentleman, named, Jim that live behind Plaintiff, he's from New York, a senior citizen;

20. That, Plaintiff alleges that Jim informed him, that, his Nephew own the House that he live in, but, told him that he (Jim) could live there for as long as he lives, for free, I asked him, what's his Nephew Name, he told me, and his Nephew is, the Rapper Jay-Z, Defendant Shaw Carter;

5. (H.)

21. That, Plaintiff alleges that Defend-
ant Carl lives beside Jim, but
directly behind my Home;

22. That, Plaintiff alleges that
on or Around 2-22-2022, Defend-
ant Carl discharged a firearm into
my window, An occupied dwelling,
I wasn't hit, which Appear's to be
to intimidate to coerce Plaintiff
to vacate the premises just 6 days
After the fraudulent change of
ownership of Plaintiffs lawfully
owned Home to Greymorr, LLC,
which Appear's to be connected to De-
fendant Carter (Jay-Z the Rapper);

23. That, Plaintiff alleges that on or A-
round 7-21-2020, And, 7-26-2020, At
the Bess. Courthouse he notified De-
fendants Winston and Henderson, by
certified letter request, to Accept his
disbility-based homestead claim for
his property located At 6704 Dr. M.L.
King, Jr. drive Fairfield, Al. 35064, to no
Avail, and verbally notified Defendant

5(I.)

Hendricks of, her subordinate Defend-
ant Winston willfully and intent-
ionally failing to adequately train
and supervise his subordinate De-
fendant Henderson, which Defendant,
Hendricks appears to fail to adequately
train and supervise subordinate De-
fendant Winston, to prevent Consti-
tutional harm, Defendant Hendricks
was notified at B'Ham division Court-
House, Not Bessemer.

## B. SUPPORTING FACTS

(1) That, the evidence will show that on
feb. 2021, he requested indigent civil
legal Services from Defendant R.
Thompson regarding safeguarding Plain-
tiff's rights as a senior citizen, (See:
15-14-2021, Legal Services of Alabama
letter to Plaintiff, p. one (1.).

2. That, the evidence will show that
on 12-14-2021, legal Services of Alabama
received a referral from the
United Way of Central Alabama re-
garding Plaintiff's same issues that

5 (5.)

Pro Se General Complaint for a Civil Case (Rev. 10/16)

## V.   Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name _Jim_ Last Name _Ball_

Mailing Address _6704 Dr. M. L. King, Jr. drive_

City and State _Fairfield Al._ Zip Code _35064_

Telephone Number _251-328-7025_

E-mail Address _N/A_

Signature of plaintiff _Jim H. Ball, Jr._

Date signed _Feb. 25, 2022_

## **OPTIONAL**

You may request to receive electronic notifications. You <u>may not</u> file documents or communicate with the court electronically. All documents must be submitted in <u>paper</u> and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at www.pacer.gov

- You will receive one "free" look of the document. Documents must be viewed within 14 days. You must only single-click on the hyperlink to view.

**Note: You must promptly notice the Clerk's Office, in writing, if there is a change in your designated e-mail address. Failure to update your email address does <u>not</u> excuse failures to appear or timely respond.**

E-mail type:

☐ HTML – Recommended for most e-mail clients

☐ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

Conditioned upon the sufficiency of your electronic equipment which the court will test and verify receipt, you will be allowed to receive electronic notifications.

By submitting this request , the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Rule 5(b)(2) of the Federal Rules of Civil Procedure, except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice will allow one free look at the document, and any attached .pdf may be printed or saved.

IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

E-mail address designated for noticing:

Participant signature:_____N / A_____

Date:_____

Plaintiff presented to Alabama legal Services on Feb. 2021, to no avail. (See: Said legal Services of Alabama, letter, ineffectively denying Assistance, dated 12-14-2021);

3. That, the evidence will show that on or around Jan. 2022, Defendants Chrystal and Cam, rejected Plaintiff's disability-based homestead exemption claim. (See: Above "A" 7);

4. That, the evidence will show that Plaintiff is a terrorized senior citizen as a result of said Defendants acts in complicity. (See: Above "A" 4);

5. That the evidence will show that on or around 7-21-2020, and 7-26-2020, said Defendants rejected Plaintiff's said exemption claim. (See: Above "A" 8).

6. That, the evidence will show that on or around March 2021, he tried a civil case that Defendant W. Fowler was a prior Defendant involved. (See: BALL V. MS-

6.

<u>Caullough</u>, et Al., Case No. 2:16-cv-01425-RDP, dkt. No. #146, W. Fowler, dismissed (Time Banned); (See: Said Case).

7. That, the evidence will show that on or around 2-22-2022, Defendant Henderson rejected Plaintiff's said exemption claim. (See: Above "A." #10).

8. That, the evidence will show that Defendant Henderson was retaliatorily motivated by a desire to punish the filing of civil Action, <u>Ball v. Ivey</u>, Case No. 2:20-cv-2086-ACA, 2-13-2021, complaint, p. 5.(B), No. ("B"), on 2-22-2022. (See: Said Case); Also see, Above "A." 11);

9. That, the evidence will show that Plaintiff reserve the right to seek a temporary restraining order referencing said Defendant's unlawful retaliation. (See: Above "A." 12).

7.

10. That, the evidence will show that on or around Nov. - Dec. 2021, Plaintiff requested legal assistance referencing disability based homestead exemption from Defendants Rhodes and Zerinsky, to no avail (See: Above "A." 13);

11. That, the evidence will show, that (UWAAH) live assistance telephone number is a fraud, it's automated. (See: Above "A." 14).

12. That, the evidence will show that on or around 8-30-2021, Defendant Nattel disregarded Plaintiff's request to rectify the assessment of his said property. (See: Above "A." 15);

13. That, the evidence **show** that Defendants Linda, Fowler, Roberts, Carter, Glass, Carl are promoting, financing and acting in, compliance to engage in domestic terrorism, against Plaintiff, retaliatory, to punish said civil action that indicated Defendant Fowler. (See: Above "A." 16-22).

8.

## C. COUNT ONE (1.)

(1.) That, Plaintiff Adopts And incorporates by reference the preceding Allegations And facts;

(2.) That, the evidence shows that Plaintiffs, Constitutional right to Procedural And fundamental substantive due process of law under the First, Sixth And Fourteenth Amendments to the U.S. Constitution was violated by virtue of Defendant R. Thompson's ineffective Assistance of Counsel;

3. That, the evidence shows that Plaintiff have A right not to be subjected to ineffective Assistance of Counsel, without due process;

4. That, said ineffective Assistance of Counsel caused Plaintiffs actual injuries of loss of property, mental Anguish, emotional distress, pain And suffering. (See: Above "b." 1-8);

5. WHEREFORE, Plaintiff is entitled to relief he seek the following relief AGAINST R. Thompson.

A.) A judgment of punitive and compensatory damages;

B.) Defendant Thompson to pay cost and Attorney fees Accrued in filing suit.

D. COUNT TWO (2.)

(1.) That Plaintiff adopts and incorporates by reference the preceding Allegations and facts;

(2.) That Plaintiff assert that the evidence shows that his Constitutional right to procedural and substantive due process under the First and Fourteenth Amendments to the U.S. Constitution was violated by virtue of Defendants Chrystal and Carr willful and intentional denying Plaintiff's right to "HEAR" and timely be "HEARD". (See:
10.

Above "B." 3);

(3.) That, the evidence shows that Plaintiff have a right to "HEAR" and be "HEARD" regarding his disability-based homestead exemption claim, with procedural due process;

(4.) That, said denial of Plaintiff's right to "HEAR" and be "HEARD" referencing said claim caused actual injuries of the loss of Plaintiff's home and property - land. (See: Above "A." 7), which derived mental anguish, emotional distress, pain and suffering);

(5.) WHEREFORE Plaintiff is entitled to relief, he seek the following relief against Chrystal and Cann;

(A.) A judgment of punitive and compensatory damages;

(B.) Defendants Chrystal and Cann to pay cost and Attorney fees accrued

in filing suit.

E. COUNT THREE (3.)

(1.) That, Plaintiff Adopts And incorporates by reference the preceding Allegations And facts;

(2.) That, the evidence shows that Plaintiff's Constitutional right to "HEAR" And be "HEARD" with procedural And substantive due process of law under the First, ~~Sixth~~ And Fourteenth Amendments to the U.S. Constitution was violated by virtue of Defendants willful And intentional denial of the right to hear And be heard, And Defendants Hendricks, Winston And Henderson's failure to adequately train And supervise, subordinates, to prevent constitutional harm;

(3.) That, the evidence shows that Plaintiff have a right to "HEAR" And be "HEARD" with procedural And substantive due process of law.

12.

(4.) That, said denial of procedural and substantive due process caused Plaintiff's actual injuries of the loss of Home-land, mental anguish, emotional distress, pain and suffering. (See: Above "B". 5 );

(5.) That, <u>WHEREFORE</u>, Plaintiff is entitled to relief, he seek the following relief AGAINST Hendricks, Winston And Henderson;

(A.) A judgment of punitive And compensatory damages;

(B.) Defendants Hendricks, Winston, And Henderson, to pay cost And Attorney fees Accruied in filing suit.

E. COUNT FOUR (4.)

(1.) That, Plaintiff Adopts, And incorporates by reference the preceding Allegations And facts;

(2.) That, Plaintiff Asserts that the evidence

13.

shows that his Constitutional right
to procedural and fundamental sub-
stantive due process of law under
the First and Fourteenth Amend-
ments to the U.S. Constitution,
was violated by virtue of Defend-
ants Linda, Roberts, Carter, Fowler
Carl and Glass retaliatory acts in
complicity with Defendant Fowler to
punish Plaintiff and the filing of
civil Action No. 2:16-CV-01425RDP
which Fowler was a prior Defendant;

3. That, the evidence shows that Plaint-
iff have a right not to be subjected
to the retaliatory acts in complicity
to engage in domestic terrorism A-
gainst Plaintiff for exercising his
right to petition the government for
redress of grievances;

4. That, said retaliatory acts in com-
plicity with Fowler and her family
caused Plaintiff Actual injuries of
fear, terror, loss of sleep, loss of
home and land to Greymann, LLC, which
is connected to celebrities Defend-

14.

ANdts Roberts And Carter, who are promoting domestic terrorism, by Financing Defendant Linda's Numerous Houses used to House family members for terrorist Acts in complicity Against Plaintiff, such As 6708 Dr. M. L. Kings Jr., drive Fairfield Al. 35064, is An abandoned, ~~caught~~ old house owned by Linda, Fowler And Roberts, cousins, which loud noise And gun fire come from late At Night to cause fear, in effort to terronize Plaintiff (See: Above "A" 4 ); Also see "A" #16 - 22; Also ~~...~~ "B" 6 Above ), which violate section 802, of the U. S. A. Patriot Act (Pub. L. No. 107- 52, without procedural due process;

5. That, WHEREFORE, Plaintiff is entitled to relief, he seek the following relief Against Defendants Linda, Fowler, Roberts, CARL, GLASS, Carter, Greymorn, LLC;

(A) A judgment of punitive And compensatory damages.
15. ;

(B.) U.S. justice dept. investigation of All property connected to Defendants Linda, Fowler, Roberts, Carter;

(C.) Confiscation of All property by the government that is connected to said defendants domestic terrorism where the houses occupants does not have A valid living agreement to dwell there;

(D.) U.S. justice dept. file criminal charges Against said Defendants And the occupants of said houses for domestic terrorism;

(E.) Injunctive and declaratory judgment prohibiting further retaliation Against Plaintiff;

(F.) Injunctive And declaratory judgment prohibiting Defendant Glass And said defendants from stalking Plaintiff;

(G.) Justice dept. investigation of Kayne Wests 7-25-2020, Goal Cast social
16.,

media post warning the general public that JAY-Z "got killers", JAY-Z is the Rapper name of Defendant Shawn Carter.

## IV. Relief: Con't. from p. 5

(1.) Plaintiff is entitled to punitive and compensatory damages for said Defendants willful and intentional denial of procedural and substantive due process violations as a result of Plaintiff actual injuries; (2.) Injunctive and declaratory judgment prohibiting and restraining said Defendants from rejecting Plaintiff's disability based homestead exemption, because, said rejection continue to exist as of this date; (3.) Injunctive and declaratory judgment prohibiting said defendants from their acts of domestic terrorism; (4.) Preserve relief for the U.S. Justice Dept. and the court to investigate any terrorism, for the confiscation of all property

connected to said Defendants, that
are used to promote domestic ter-
rorism; (5.) Injunctive and dec-
laratory judgment prohibiting
said defendants from changing
ownership of Plaintiff's property
to Greyman, LLC, located at 6704
Dr. M. L. King Jr. drive, Fairfield
Al. 35064; (6.) Injunctive and
declaratory judgment compelling
said defendants to return Plaint-
iff's said property deed and own-
ership of said property to him im-
mediately; (7.) Injunctive and de-
claratory judgment by the U.S. jus-
tice Dept. investigating and im-
peachment of Defendants Hender-
son, Winston, Carr, Hendricks,
Chrystal, Madden, Nattel for
Ethics violations of failing to up-
hold the laws of the United States;
(8.) The Court and the U.S. Justice
Dept. ~~and the court~~ to order and
review the Defendants complete
mobile and land line Telephone logs
for domestic terrorism investigation,
made available to Plaintiff; (9.) Each
Defendant to pay cost of filing suit
and Attorney fees, such other ends of
18.
~~...~~

justice the Court deems just; (10.) Re-instatement Of Case No.: 2:20-cv-2086 - ACA. (11.) Injunctive and decla-ratory judgment prohibiting Defendant Henderson from rejecting Plaintiff's disability based homestead exemption claim. (12) Such other ends of justice the Court deems just.

19.